# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER RONALD SOLLENNE,<br><br>                        Plaintiff,<br><br>vs.<br><br>JAY K. BRAY, et al.,<br><br>                        Defendants. | CASE NO. 17cv1611-LAB (BLM)<br><br>**ORDER OF DISMISSAL** |

       The Court ordered Peter Sollenne to file a memorandum explaining why the Court shouldn't dismiss this action for lack of jurisdiction, and for failure to comply with the basic rules of pleading. Sollenne responded that the Court has "jurisdiction over this matter in Equity" under *The New Federal Equity Rules* of 1912. That's incorrect and insufficient.

       When courts adopted the Federal Rules of Civil Procedure in 1938, actions in law and equity simply became a civil action. And to file a civil action, litigants need to comply with the Federal Rules. In particular, that means filing a complaint that contains "a short and plain statement" laying out why the court has jurisdiction to hear the dispute, and, why the plaintiff is entitled to relief. Fed. R. Civ. P. 8.

       The Court must "liberally construe the inartful pleading of pro se litigants." *Boag v. MacDougall*, 454 U.S. 364, 365 (1982). But this isn't a case of inartful pleading. Sollenne hasn't explained why this court has jurisdiction, what his claim is, or why he's entitled to relief. Accordingly, the action is dismissed without prejudice. If Sollenne thinks he can fix

the problems the Court's identified, then he may file an amended complaint on or before September 14, 2017. If he fails to file a complaint that complies with the Federal Rules, the Court will dismiss the action.

**IT IS SO ORDERED**.

Dated:

_____
**HONORABLE LARRY ALAN BURNS**
United States District Judge